**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

ARMANDO VINCENTE-PELICO,

      Petitioner,

      v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER, et al.,

      Respondents.

CIVIL ACTION NO.: 1:26-cv-348

**O R D E R**

Petitioner, through counsel, has filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus.  Doc. 1.  Petitioner is currently detained at the Folkston Immigration and Customs Enforcement ("ICE") Center in Folkston, Georgia, yet the Petition was filed in the Augusta Division of this Court.  Thus, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Waycross Division of this Court for plenary disposition.  The filings in the new case should bear the same dates as those contained in the above-captioned case.

**SO ORDERED**, this 20th day of March, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA